**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| JACK EHLEITER,<br><br>                            **Plaintiff,**<br>   v.<br><br>EVANSTON INSURANCE CO.,<br><br>                            **Defendant.** | 2006-CV-0026 |

**TO:**   Joel H. Holt, Esq.
         Matthew J. Duensing, Esq.

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon the parties' Joint Stipulation re: Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Document Requests 2,[sic] and 4 (Docket No. 59). Plaintiff also filed a supplemental statement to the said stipulation filed by the parties.

Having reviewed the stipulation and Plaintiff's supplemental statement, the Court finds that the documents sought are relevant and not privileged. Consequently, the Court will grant Plaintiff's motion.

Accordingly, it is now hereby **ORDERED**:

*Ehleiter v. Evanston Ins. Co.*
2006-CV-0026
Order Granting Plaintiff's Motion to Compel
Page 2

1. Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Document Requests 2, [sic] and 4 (Docket No. 59) is **GRANTED**.

2. Defendant shall, within ten (10) days from the date of entry of this order, produce the entire underwriting file of Evanston related to the insurance policies produced in response to Request No. 1 and copies of all documents exchanged with any third party other than Jack Ehleiter or his counsel related to *Evanston v. Grapetree Shores, et. al.*, District Court Civil No. 2005-67 (Division of St. Croix), including, but not limited to, documents relating to any settlement of said matter with GSI and ACE and including, without redaction, documents Bates-stamp numbers 218, 300, 303, 304, 305, 309, and 310.

ENTER:

Dated: February 15, 2008         /s/
                                GEORGE W. CANNON, JR.
                                U.S. MAGISTRATE JUDGE