## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JACK EHLEITER, | |
| Plaintiff, | 2006-CV-0026 |
| v. | |
| EVANSTON INSURANCE CO., | |
| Defendant. | |

TO:   Joel H. Holt, Esq.
      Matthew J. Duensing, Esq.

### ORDER GRANTING DEFENDANT'S MOTION FOR A STAY

THIS MATTER came before the Court upon Defendant's Motion For a Stay of Orders Dated February 15, 2008[,] and April 8, 2008[,] Pending Appeal (Docket No. 71). Plaintiff filed an opposition to said motion, and Defendant filed a reply thereto.

Having reviewed the filed documents and upon due consideration thereof, the Court finds that production of the documents at issue in advance of resolution of Defendant's appeal would effectively deny any protection that might be afforded in the event Defendant's appeal is granted. Consequently, the Court will grant Defendant's motion.

*Ehleiter v. Evanston Ins. Co.*
2006-CV-0026
Order Granting Defendant's Motion For a Stay
Page 2

Accordingly, it is now hereby **ORDERED**:

1. Defendant's Motion For Stay of Orders Dated February 15, 2008[,] and April 8, 2008[,] Pending Appeal (Docket No. 71) is **GRANTED**.

2. Defendant's compliance with said orders is **STAYED** until Defendant's appeal of said orders has been ruled upon or otherwise resolved.

ENTER:

Dated: May 14, 2008                              /s/
                                       GEORGE W. CANNON, JR.
                                       U.S. MAGISTRATE JUDGE